██ In the Matter of the Estate of GERALDINE PERRY, Deceased. EUGENE ENDRES, Executor of F. HELEN ENDRES, Deceased, Appellant; ACEY M. MOSEY, Erie County Public Administrator, et al., Respondents. [910 NYS2d 727]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered June 30, 2009. The order distributed one half of the estate of Geraldine Perry to the estate of Helen Endres.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

██ In the Matter of NORMAN E. ROTH et al., Appellants, v CITY OF SYRACUSE et al., Respondents. [910 NYS2d 727]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered March 12, 2009 in a proceeding pursuant to RPTL article 7. The order denied the petition.

It is hereby ordered that the order so appealed from is affirmed without costs for reasons stated in the decision at Supreme Court.

All concur, except Lindley, J., who is not participating. Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.